# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## ACCOUNTANT FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | Naddelman, Fred E. Naddelman, Ellen P. | APPLICANT: | SouthPort Financial Advisors, LLC |
| CASE NO. | 22-16526-KCF | CLIENT: | John M. McDonnell, Trustee |
| CHAPTER | 7 | CASE FILED: | August 17th, 2022 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  RETENTION ORDERS ATTACHED.

_____     11/30/2022
SIGNATURE OF APPLICANT                              DATE

## SECTION I
## FEE SUMMARY

| | |
|---|---|
| FINAL FEE APPLICATION NO. | |
| TOTAL PREVIOUS FEE REQUESTED: | $ |
| TOTAL FEES ALLOWED TO DATE: | $ |
| TOTAL RETAINER (IF APPLICABLE): | $ |
| TOTAL HOLDBACK (IF APPLICABLE): | $ |
| TOTAL RECIEVED BY APPLICANT: | $ |

| NAME OF PROFESSIONAL AND TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| 1. SEE ATTACHED SCHEDULE | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

| | | |
|---|---|---|
| FEE TOTALS – PAGE 2: | $ | 3,740.50 |
| DISBURSEMENTS TOTAL – PAGE 3 | $ | 21.50 |
| TOTAL FEE APPLICATION | **$** | **3,762.00** |

# FRED & ELLEN NADDELMAN
# ATTACHMENT TO INVOICE

| ACCOUNTANT | | | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| V L CORNACCHIA | MEMBER | 2019 | 14.3 | $ 235.00 | $ 3,360.50 |
| JR STAFF | ASSISTANT | 2019 | 2 | $ 190.00 | $ 380.00 |
| TOTAL | | | 16.3 | $ 425.00 | $ 3,740.50 |
| EXPENSES | | | | | $ 21.50 |
| **TOTAL** | | | | | **$ 3,762.00** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) Telephone Calls / Email Communication | 1.2 | $ 282.00 |
| b) Correspondence Drafted/Reviewed | 1.6 | $ 376.00 |
| c) Court Appearance & Trial Preparation | 0.0 | $ - |
| d) Planning and Administration | | |
|    (1) Staff Meetings | 0.6 | $ 141.00 |
|    (2) Work Program & Scope of Services | 1.9 | $ 446.50 |
| e) Meetings with office of the Trustee or Trustee's Councel | 2.3 | $ 540.50 |
| f) Review of File | 0.5 | $ 117.50 |
| g) Travel Time - at 50% of normal rate | 0.0 | $ - |
| h) Analyze Cash Flow and Debtor Performance | 0.0 | $ - |
| i) Analyze Assets and Liabilities | 0.0 | $ - |
| j) Maintenance and Preperation of Books | 0.0 | $ - |
| k) Prepare and Review DIP Reports | 0.0 | $ - |
| l) Prepare Financial Statement ad Reports | 0.0 | $ - |
| m) Prepare Payroll and Income Tax Returns | 6.2 | $ 1,457.00 |
| n) Obtain / Review Case Records | 0.8 | $ 152.00 |
| o) Investigate Documentation of Preferences and Fradulent Conveyances | 0.0 | $ - |
| p) Analyze and Document Proof of Claim | 0.0 | $ - |
| q) Prepare Schedule and Statement of Financial Affairs | 0.0 | $ - |
| r) Plan Disclosure Statement Services | 0.0 | $ - |
| s) Prepare Fee Application | 1.2 | $ 228.00 |
| t) Other Services _____ _____ _____ | 0.0 | $ - |
| **SERVICES TOTALS:** | **16.3** | **$ 3,740.50** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) Telephone | |
| b) Messenger Service | |
| c) Photocopying<br>   No. of Pages. ____75  Rate per Page __0.20 | $     15.00 |
| d) Travel - Exhibit B | |
| e) Postage | $      6.50 |
| f) Overnight Mail | |
| g) Facimile Charges (outgoing only) | |
| t) Other (explain)<br>   _____<br>   _____<br>   _____ | |
| **DISBERSMENT TOTAL:** | **$     21.50** |

## SECTION IV
## CASE HISTORY

( 1 ) DATE CASE FILED:                    August 17th, 2022

( 2 ) CHAPTER UNDER WHICH CASE WAS COMMENCED:          Chapter 7

( 3 ) DATE OF RETENTION:   September 14th, 2022

    (ANNEX OF ORDERS)
    IF LIMIT ON NUMBER OF HOURS OR OTHER LIMITIATION TO RETENTION
    SET FORTH:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:  _____

Chapter:  _____

Judge:  _____

**ORDER AUTHORIZING RETENTION OF**

_____

The relief set forth on the following page is **ORDERED**.

**DATED: September 22, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____

as _____, it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:    _____

                                         _____

                                         _____

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.     The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–16526–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fred E Naddelman                          Ellen P Naddelman
6B John Paul Jones Dr                     6B John Paul Jones Dr
Monroe Twp, NJ 08831                      Monroe Twp, NJ 08831

Social Security No.:
  xxx–xx–6721                             xxx–xx–9419

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 22, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 20 – 17
Order Granting Application to Employ Southport Financial Advisors, LLC as Accountant (Related Doc # 17). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/22/2022. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 22, 2022
JAN: ghm

Jeanne Naughton
Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF

FRED E. NADDELMAN
ELLEN P. NADDELMAN

DEBTOR

AFFIDAVIT FOR FINAL
ALLOWANCE FOR ACCOUNTANTS
CASE NO. 22-16526 (KCF)

STATE OF NEW JERSEY
COUNTY OF MONMOUTH

  VINCENT L. CORNACCHIA, being duly sworn, deposes and says that:

1. My professional credentials include: Southport Financial Advisors, LLC ("SPFA") has the appropriate accounting skills and personnel needed to perform the accounting services required by the United States Trustee's Office

2. I am a member of or associated with the firm of : Southport Financial Advisors, LLC: 100 Ocean Ave, Unit No. 8, Bradley Beach, NJ. 07720

3. In accordance with Court Order dated September 14th, 2022 Southport Financial Advisors, LLC was retained to perform the function of the Accountants for the Trustee.

4. The recitation of each and every item of professional services which petitioner performed is not set forth in this application. The Court is referred to "Exhibit A" for a review of each and every item of services rendered. However, the following is a summary of the major services rendered; Benefits of Services to estate; and problems related to completed tasks.

  a. Prepare final federal and state tax returns as required.

In the order for your petitioner to render the services outlined on the attached schedule, it was necessary to expend approximately 16.3 working hours by my firm. Based upon time expended, the reasonable value of the services rendered by the petitioner is the sum of $3,762.

_____

V. L. Cornacchia

## FRED & ELLEN NADDELMAN
## EXHIBIT A

| Function | Date | Accountant | Hours | FEE |
|---|---|---|---|---|
| PREPARE AFFIDAVIT OF DISINERESTEDNESS | 9/14/22 | VLC | 0.9 | $ 211.50 |
| MEETING WITH DEBTORS COUNSEL | 9/14/22 | VLC | 0.7 | $ 164.50 |
| FOLLOW UP MEETING WITH TRUSTEE'S COUNSEL ON RETENTION AND POTENTIAL TAX IMPLICATIONS | 9/16/22 | VLC | 1.2 | $ 282.00 |
| REVIEW PREMILINARY DOCUMENTS OBTAINED FROM COUNSEL AND ARRANGE HANDLING OF THE SAME | 9/16/22 | VLC | 0.5 | $ 117.50 |
| REVIEW FORM 1 & 2, AND PROPERTY SALE DOCUMENTS RECEIVED FROM TRUSTEE | 10/13/22 | VLC | 0.7 | $ 164.50 |
| REVIEW PETITION, SCHEDULES AND OTHER DOCUMENTS TO DETERMINE SCOPE OF WORK TO BE DONE | 10/13/22 | VLC | 1.9 | $ 446.50 |
| MEETING WITH TRUSTEE AND ATTORNEY - RE SETTLEMENT | 10/13/22 | VLC | 1.1 | $ 258.50 |
| FOLLOW UP EMAIL COMMUNICATION - RE ADDTIIONAL ESTATE INFORMATION | 11/1/22 | VLC | 0.5 | $ 117.50 |
| CASE INFORMATION AND DOCKET DOWNLOAD FROM PACER | 11/1/22 | JR STAFF | 0.8 | $ 152.00 |
| REVIEW DEBTOR TAX FILES AND TAX IMPLICATIONS | 11/28/22 | VLC | 1.2 | $ 282.00 |
| PREPARE WORKPAPERS FOR PREPERATION OF ESTATE TAX RETURN | 11/28/22 | VLC | 1.1 | $ 258.50 |
| PREPARE PRELIMINARY TAX RETURNS FOR THE ESTATE | 11/28/22 | VLC | 2.8 | $ 658.00 |
| REVIEW PRELIMINARY TAX RETURNS | | VLC | 1.1 | $ 258.50 |
| MEETING WITH JR STAFF RE CASE DETAILS AND TIME EXPENDED | 11/29/22 | VLC | 0.6 | $ 141.00 |
| PREPARE FEE APPLICATION | 11/29/22 | JR STAFF | 1.2 | $ 228.00 |
| | | TOTAL HOURS | 16.3 | $ 3,740.50 |